[No. 4547-1.   Division One.   July 26, 1976.]

THE STATE OF WASHINGTON, *on the Relation of West Seattle Boat House Company, Petitioner,* v. THE PORT OF SEATTLE, *Respondent.*

Certiorari to review a judgment of the Superior Court for King County, No. 803654, James J. Dore, J., entered February 26, 1976. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Andersen, J.

[No. 1678-2.   Division Two.   July 28, 1976.]

ELLEN C. MOORE, ET AL, *Respondents,* v. EDWARD D. CHRISTENSEN, *Appellant,* FRANK S. BROZOVICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 11616, Frank E. Baker, J., entered November 22, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1638-3.   Division Three.   July 28, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL RAY RICHTER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 23301, George T. Shields, J., entered July 18, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1731-3.   Division Three.   July 28, 1976.] ·

THE STATE OF WASHINGTON, *Appellant,* v. GREGORY JAMES MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 4918, B. E. Kohls, J., entered September 30, 1975. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.